UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1084
(1:21-cv-00067-MR)
_____

DMARCIAN, INC.

    Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a Dmarcian Europe BV

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's motion for stay pending appeal, the court grants the motion in part. The upcoming trial in this case, scheduled to begin May 12, 2025, is administratively stayed pending resolution of the remaining motions before this court.

Entered at the direction of Judge Wilkinson, with the concurrence of Judge Harris and Judge Heytens.

    For the Court

    /s/ Nwamaka Anowi, Clerk