FILED: July 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1790 (L)
(1:21-cv-00067-MR)

_____

DMARCIAN, INC.

        Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a dmarcian Europe BV

        Defendant - Appellant

_____

No. 25-1084
(1:21-cv-00067-MR)

_____

DMARCIAN, INC.

        Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a dmarcian Europe BV

        Defendant - Appellant

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the second amended

preliminary injunction order of the district court entered 12/20/2024, is affirmed.

The appeal is dismissed in part.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK